UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THOAI NGUYEN, ET AL. | CIVIL ACTION |
| VERSUS | NO. 24-518 |
| JP MORGAN CHASE, N.A. | SECTION A (2) |

**ORDER**

The Court having conducted a de novo review of the portions of the magistrate judge's Report and Recommendation implicated by the plaintiffs' objections, concludes that none of the plaintiffs' objections have merit. The Court therefore denies the plaintiffs' objections (Rec. Doc. 68), approves the Report and Recommendation of the United States Magistrate Judge, and adopts it as its opinion in this matter.

Within 14 days from entry of this Order the plaintiffs shall execute the settlement agreement in accordance with the magistrate judge's Report and Recommendation. Upon conclusion of that 14-day window, the Court will dismiss this matter with prejudice pursuant to a final judgment after which jurisdiction in this Court will terminate and any further challenges will lie with the court of appeals.

October 1, 2026

UNITED STATES DISTRICT JUDGE